IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

    Plaintiff,                       No. CIV S-05-0736 FCD CMK P

    vs.

TRANSPORTATION DEPUTY
SHERIFF I, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a *certified* copy of his prison trust account statement for the *six* month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a *certified* copy of his prison trust account statement for the *six* month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.
3  DATED:  May 9, 2005

                            /s/   **CRAIG M. KELLISON**
                            Craig M. Kellison
                            UNITED STATES MAGISTRATE JUDGE

/kf
youn0736.3cn