IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

    Plaintiff,                             No. CIV S-05-0736 FCD CMK P

    vs.

TRANSPORTATION DEPUTY SHERIFF I, et al.,

    Defendants.                        ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately proceeding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

        On May 10, 2005 this court ordered plaintiff to submit, within thirty days, a certified copy of his prison trust account statement.  On May 18, 2005, plaintiff sent the court a request noting that he had been unable to obtain a certified copy of his trust account from prison staff.  He requested that the court inform him of the proper filing fee, which he stated he would pay in full.

///

In accordance with the above, IT IS ORDERED that plaintiff shall submit, within thirty days from the date of this order either a certified copy of his prison trust account statement for the six month period immediately proceeding the filing of his complaint or the $250 filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 8, 2005.

                                          /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE