IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

      Plaintiff,                    No. CIV S-05-0736 FCD CMK P

    vs.

TRANSPORTATION DEPUTY
SHERIFF I, et al.,

      Defendants.             <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of December 7, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 28, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: January 9, 2006.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26