IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

        Plaintiff,                    No. CIV S 05-0736 FCD CMK P

     vs.

TRANSPORTATION DEPUTY SHERIFF I, et al.,

        Defendants.
                                   /        ORDER

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's request for an extension of time to file a second amended complaint filed January 19, 2006. (Doc. 14.)

        On January 10, 2006, the court granted plaintiff a thirty day extension to file a second amended complaint. In his January 19, 2006 request for an extension of time, plaintiff requests an additional sixty day extension because he has recently been transferred and his legal documents have not been returned to him since his transfer. Plaintiff also states that the court is not using his correct address. Plaintiff requests that the court change his address to the one that is listed at the top of his January 19, 2006 motion, and he states that he previously filed a change of address with the court.

Due to plaintiff's transfer and problems having his legal documents returned to him, the court grants plaintiff an additional thirty day extension past the current February 9, 2006 deadline to file his second amended complaint.

Eastern District of California Local Rule 83-182(f) requires that parties appearing in properia persona notify the Clerk and all other parties of any change in address. See Local Rule 83-182(f). This requires that separate notice of a change of address must be filed with the Clerk.[1] Accordingly, plaintiff is notified that until he files a formal change of address with the Clerk of the Court, service of documents at his prior address shall be fully effective. See Local Rule 83-182(f).

IT IS ORDERED THAT:

1. Plaintiff's request for an extension of time to file a second amended complaint is granted. Plaintiff is granted until, and including, March 10, 2006 to file a second amended complaint;

2. Plaintiff is directed to file a notification of a change of address that complies with Local Rule 83-182(f) with the Clerk of the Court; and

3. The Clerk of the Court is directed to serve this order on plaintiff at the following address:

> Christopher Henry Young
> CDR VO1946
> P.O. Box 497
> Sierra Conservation Center
> Jamestown, CA 95327

DATED: January 25, 2006

/s/Craig M. Kellison
United States Magistrate Judge

---

[1] Plaintiff did file a notice of a change of address on December 12, 2005 changing his address to 5150 Obyrnes Ferry Road, Jamestown, CA 95327. However, this not the address that plaintiff lists as his address of record in his January 19, 2006 filing.