IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

        Plaintiff,                    No. CIV S-05-0736 FCD CMK P

    vs.

TRANSPORTATION SHERIFF DEPUTY I, et al.,

        Defendants.

_____/      ORDER

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On January 26, 2006, the court filed an order granting plaintiff an extension of time to file a second amended complaint and directing plaintiff to file a change of address which complies with Local Rule 83-182(f). In the order, the court noted that plaintiff had filed a change of address on December 12, 2005 (doc. 11), listing an Obyrnes Ferry Road address in Jamestown, California. The court noted, however, that the address which plaintiff listed as his address of record on his January 19, 2006 filing was different. That address was a post office box at the Sierra Conservation Center in Jamestown, California. The court's January 26, 2006 order (doc. 15) was served on plaintiff at both the Obyrnes Ferry Road and Sierra Conservation Center addresses.

1    On February 3, 2006, the order served on plaintiff by mail (doc. 15) was returned
2 to the court as "undeliverable as addressed." It is not clear which address is correct for
3 plaintiff–the Obyrnes Ferry Road address or the Sierra Conservation Center address. It is the
4 plaintiff's responsibility to keep the court apprised of his current address at all times. See Local
5 Rule 83-182(d).
6    IT IS ORDERED THAT:
7    1. Within twenty days of the date this order is filed, plaintiff is ordered to show
8 cause, in writing, why he failed to comply with the court's January 26, 2006 order directing
9 plaintiff to file a formal change of address. Failure to comply with this order may result in a
10 recommendation that this action be dismissed. See Local Rule 11-110.
11    2. The Clerk of the Court is directed to serve this order on plaintiff both at his
12 address of record and at the following address:

13    Christopher Henry Young
       CDR VO1946
14    P.O.Box 497
       Sierra Conservation Center
15    Jamestown, CA 95327

16
DATED:  March 28, 2006.
17

18                                                    _____
                                                      CRAIG M. KELLISON
19                                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26