IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

    Plaintiff,                                 No. CIV S-05-0736 FCD CMK P

    vs.

TRANSPORTATION DEPUTY SHERIFF I, et al.,

    Defendants.                          <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 26, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 26, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: July 11, 2006

                                        /s/ Craig M. Kellison
                                        UNITED STATES MAGISTRATE