IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY YOUNG,

        Plaintiff,                          No. CIV S-05-0736 FCD CMK P

    vs.

TRANSPORTATION DEPUTY SHERIFF I, et al.,

        Defendants.

                          /                ORDER

        Plaintiff is proceeding without counsel and in forma pauperis. He brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On October 10, 2006, plaintiff filed three motions to compel and for sanctions. (Docs. 29, 30 and 31.) However, a review of the docket indicates that there is no operative complaint in this action. Plaintiff's complaint was dismissed May 26, 2006. Although plaintiff has filed an amended complaint, it has not yet been screened by the court and, obviously, no defendants have been served. In light of this the court will deny the motions to compel as moot.

///

///

///

1  IT IS ORDERED that plaintiff's motions to compel (docs. 29, 30 and 31) are
2  denied as moot.

4  DATED: December 12, 2006.

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26