IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HENRY YOUNG, | 2:05-CV-0736 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| TRANSPORTATION DEPUTY SHERIFF I, et al., | |
| Defendant. | |

The Court has considered Defendant's request for extension of time to file a response to the amended complaint and, good cause showing, Defendant's response shall be due on May 28, 2007.

IT IS SO ORDERED.

DATED: April 16, 2007.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1