1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER HENRY YOUNG,** | 2:05-CV-0736 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **TRANSPORTATION DEPUTY SHERIFF I, et al.,** | |
| Defendant. | |

The Court has considered Defendant's request for a protective order staying discovery in this action pending a ruling on Defendants May 21, 2007, motion to dismiss.

Good cause appearing, **IT IS ORDERED** that Defendant's request is granted. All further discovery in this action is stayed pending an order on Defendant's May 21, 2007, motion to dismiss.

/ / /

/ / /

[Proposed] Order

1

1 | If the Court denies Defendant's pending motion to dismiss, Defendant shall respond to Plaintiff's discovery requests served on September 11, 2007, within 45 days of the order denying the motion to dismiss.  Plaintiff shall not serve any additional discovery requests until the Court issues an order opening discovery.

**IT IS SO ORDERED.**

**September 26, 2007**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

05cv0736.young -- protective order.wpd
SA2007300703

[Proposed] Order

2